1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   AMITA BAMAN TRACY
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: amita.tracy@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                        **FRESNO DIVISION**

12

13  LESLIE J. CARSJENS,                )
                                       )   CIVIL NO. 1:07-cv-1017-TAG
14       Plaintiff,                    )
                                       )
15            v.                       )   STIPULATION AND ORDER
                                       )   FOR EXTENSION OF TIME
16  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
17  Social Security,                   )
                                       )
18       Defendant.                    )
    _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's

22  motion for summary judgment, due to a scheduling conflict arising from the large number of cases

23  which await briefing. The current due date is March 12, 2008. The new due date will be April 11, 2008.

24      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25

26

27

28

                          Respectfully submitted,

Dated: March 11, 2008        /s/ Steven G. Rosales
                                    (As authorized via telephone)
                                    STEPHEN G. ROSALES
                                    Attorney for Plaintiff

Dated: March 11, 2008        McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Amita Baman Tracy
                                    AMITA BAMAN TRACY
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

                                    <u>ORDER</u>

IT IS SO ORDERED.

Dated:  **March 11, 2008**                                  **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE